IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00666-WJM-MJW

HEAL UTAH;
NATIONAL PARKS CONSERVATION ASSOCIATION; and
SIERRA CLUB,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
GINA McCARTHY, in her official capacity as Administrator, United States
Environmental Protection Agency; and
SHAUN McGRATH, in his official capacity as Regional Administrator, United States
Environmental Protection Agency, Region 8,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion to Stay Litigation (Docket No. 17) is DENIED. It is, however, further

      ORDERED that the Scheduling Conference set on June 8, 2015, at 9:30 a.m. is VACATED, as are the deadlines set in the Order Setting Scheduling/Planning Conference (Docket No. 5) with respect to initial disclosures and the submission of a proposed Scheduling Order. It is further

      ORDERED that a Status Conference shall be held before Magistrate Judge Watanabe on June 29, 2015, at 2:00 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: June 3, 2015